**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LILING YE,<br><br>    Plaintiff,<br><br> v.<br><br>INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A,"<br><br>    Defendants. | Case No. 23cv554 |

**<u>SCHEDULE A</u>**

This document is being filed under seal pursuant to L.R. 26.2. Plaintiff hereby files this public record version of this document pursuant to L.R. 26.2(c). Plaintiff will file a sealed version of this document along with its Motion to Seal.